IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION


FILED
MAY 24 2018
Clerk, U.S District Court
District Of Montana
Missoula

| UNITED STATES OF AMERICA, | CR 18–04–BU–DLC–05 |
|---|---|
| Plaintiffs, | |
| vs. | ORDER |
| ROSA MARIA BAYONA, | |
| Defendant. | |

Upon the Government's Motion to Dismiss Indictment as to Rosa Maria Bayona and finding good cause,

IT IS ORDERED that the Motion (Doc. 37) is GRANTED. Counts I, II, and the Forfeiture Allegation of the Indictment are dismissed as to Rosa Maria Bayona.

Dated this 24th day of May, 2018.

Dana L. Christensen, Chief Judge
United States District Court